UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SARAH MCPHERSON, | ) |
| *Plaintiff*, | ) ) |
| | ) No.: 1:20-CV-126 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| METROPOLITAN SECURITY SERVICES, INC., d/b/a WALDEN SECURITY, | ) Magistrate Judge Christopher H. Steger ) ) |
| | ) |
| *Defendant*. | ) |

## **O R D E R**

Before the Court is Defendant Walden Security's motion for partial dismissal. (Doc. 8.) Plaintiff, Sarah McPherson, has filed a response in opposition (Doc. 13), and Defendant has replied (Doc. 14).

For the reasons set forth in the accompanying memorandum, the Court **GRANTS** Defendant's motion for partial dismissal (Doc. 8), **DISMISSES WITH PREJUDICE** Plaintiff's gender-discrimination claims under Title VII and the Tennessee Human Rights Act, and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Tennessee Healthy Workplace Act claim.

SO ORDERED.

ENTER:

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**